```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOSHUA KIM SWEAT,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
     v.                        )       2:24cv394-MHT
                               )           (WO)
ANN DAVIS and KATHY GARIS,     )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted to the extent set forth in the opinion entered today.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order.

(3) Plaintiff's application to proceed in forma pauperis (Doc. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of October, 2024.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**